| PROB. 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 92-00124-001(HL) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 4:04CR40017- |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Hato Rey, PR | DIVISION |
|---|---|---|
| Montañez-Ayala, José Iván<br>408 Cambridge Street<br>Worcester, MA 01610 | NAME OF SENTENCING JUDGE Hon. Héctor M. Laffitte | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 04-05-2004 — TO 04-04-2009 |

**OFFENSE**
21 U.S.C. 846 and 841(a)(1), and 18 U.S.C. 2 - Attempt and conspiracy, Possession with intent to distribute approximately 29 kilograms (gross weight) of cocaine, and Principals, class A felonies.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO.

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court of Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

6/10/04
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 16, 2004
Effective Date

_____
William G. Young
United States District Judge