# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO
### FEDERICO DEGETAU FEDERAL BLDG. - RM. 150
### CARLOS CHARDON AVE.
### HATO REY, PUERTO RICO 00918-1767

FRANCES RIOS DE MORAN
CLERK

TEL. (787) 772-3071
FAX (787) 772-3474

September 27, 2004

Tony Anastas
Clerk of Court
John Joseph Moakley US Courthouse
1 Courthouse Way
Boston, MA 02210

Re:    Criminal No. 3:92CR00124-01 (HL)
       <u>USA vs. Montañez-Anaya</u>

Dear Clerk of Court:

In accordance with the Transfer of Jurisdiction Order filed in the above-entitled case on August 23, 2004, we enclose the following documents:

1.    Certified copy of Indictment filed on May 20, 1992 (docket #1).

2.    Certified copy of  Judgment filed on October 20, 2002 (docket #124).

3.    Certified copy of Transfer of Jurisdiction Order filed on August 23, 2004 (docket #192).

4.    Certified copy of docket sheet.

Kindly acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

FRANCES RIOS DE MORAN
Clerk of Court

Lida Egele
Assistant Operations Manager

Encl.
cc: USPO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>JOHN DOE,<br>AKA JOSE IVAN MONTAÑEZ ANAYA,<br>AKA DIEGO RIVERA,<br>AKA MARIO ARZUAGA,<br>JOHN DOE,<br>AKA ORLANDO ENRIQUE MONROY PEDROSA,<br>AKA ORLANDO ENRIQUEZ,<br>AKA ROSENDO MARCANO,<br>JOHN DOE,<br>AKA JULES DELGADO VALENCIA,<br>AKA JULIO VALENCIANO,<br>AKA MARIO ARZUAGA, AND<br>JOHN DOE,<br>AKA WALTER CARABALLO CRUZ,<br>AKA WALTER VASALLO,<br>Defendants. | I N D I C T M E N T<br><br>CRIMINAL NO. 92- 124(HL)<br><br>VIOLATIONS: TITLE 18,<br>UNITED STATES CODE,<br>SECTION 2 AND TITLE 21,<br>SECTIONS 841(a)(1) AND<br>846<br><br><br><br>(TWO COUNTS) |

THE GRAND JURY CHARGES:

### COUNT ONE

From on or about May 3, 1992, the exact date unknown to the
Grand Jury at this time, and continuing thereafter up to and
including on or about May 4, 1992, in the District of Puerto Rico,
and elsewhere and within the jurisdiction of this Court,

JOHN DOE,
AKA JOSE IVAN MONTAÑEZ ANAYA,
AKA DIEGO RIVERA,
AKA MARIO ARZUAGA,
JOHN DOE,
AKA ORLANDO ENRIQUE MONROY PEDROSA,
AKA ORLANDO ENRIQUEZ,
AKA ROSENDO MARCANO,
JOHN DOE,
AKA JULES DELGADO VALENCIA,
AKA JULIO VALENCIANO,
AKA MARIO ARZUAGA, AND
JOHN DOE,
AKA WALTER CARABALLO CRUZ,
AKA WALTER VASALLO,

2

the defendants herein, and others to the Grand Jury unknown, did unlawfully, knowingly, intentionally, and willfully combine, conspire, confederate, and agree together with each other and with diverse other persons to the Grand Jury unknown to willfully, knowingly, intentionally, and unlawfully commit offenses against the United States, to wit:  to possess with the intent to distribute multi-kilogram quantities of cocaine, to wit approximately twenty-nine (29) kilograms (gross weight), a Schedule II narcotic drug controlled substance; that is, conspiracy to violate Title 21, United States Code, Section 841(a)(1).  All in violation of Title 21, United States Code, Section 846.

### COUNT TWO

On or about May 4, 1992, in the District of Puerto Rico and within the jurisdiction of this Court,

**JOHN DOE,**
**AKA JOSE IVAN MONTAÑEZ ANAYA,**
**AKA DIEGO RIVERA,**
**AKA MARIO ARZUAGA,**
**JOHN DOE,**
**AKA ORLANDO ENRIQUE MONROY PEDROSA,**
**AKA ORLANDO ENRIQUEZ,**
**AKA ROSENDO MARCANO,**
**JOHN DOE,**
**AKA JULES DELGADO VALENCIA,**
**AKA JULIO VALENCIANO,**
**AKA MARIO ARZUAGA, AND**
**JOHN DOE,**
**AKA WALTER CARABALLO CRUZ,**
**AKA WALTER VASALLO,**

the defendants herein, aiding and abetting each other, knowingly, willfully, and intentionally did possess with intent to distribute twenty-nine (29) kilograms (gross weight) of cocaine, a Schedule II Narcotic Drug Controlled Substance.  All in violation of Title 21,

3

United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

TRUE BILL

*[signature]*

FOREPERSON

*[signature]*

DANIEL F. LOPEZ ROMO
United States Attorney

*[signature]*

Carlos A. Pérez
Assistant U.S. Attorney
(OCDETF)

Dated: May 20, 1992

Certified to be a true & exact copy of the document, or, an authorized electronic docket entry on file
FRANCES RIOS DE MORAN, CLERK
U.S. District Court for the
District of Puerto Rico

By: *Carmen R. Cruz*
Deputy Clerk
Date: *September 13, 2004*

ENTERED ON DOCKET
10/29/92
PURSUANT TO FRAP 4(b)

U N I T E D   S T A T E S   D I S T R I C T   C O U R T

FOR THE JUDICIAL _____ District of __PUERTO RICO__

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |

JOSE IVAN MONTANEZ-ANAYA AKA    Case Number:92-124-1 (HL)
JOHN DOE AKA DIEGO RIVERA
AKA MARIO ARZUAGA
**(Name of Defendant)**          __FRANCISCO M. DOLZ-SANCHEZ, ESQ.__
                                     Defendant's Attorney

**THE DEFENDANT:**

[ ]  pleaded guilty to count(s) _____.

[X]  was found guilty on count(s)  __ONE AND TWO__  after a
     plea of not guilty.

     Accordingly, the defendant is adjudged guilty of such count(s) which involve the
     following offenses:

| Tittle & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 USC 846; 21 USC 841(a)(1) & 18 USC 2. | did unlawfully, knowingly, intentionally and willfully combine, conspire, confederate and agree together with each other and with diverse other persons to possess with intent to distribute cocaine and aiding and abetting with others, a Schedule II Narcotic drug controlled substance. | 5-3-92 5-4-92 | One and Two |

     The defendant is sentenced as provided in pages 2 through __4__ of this judgment.  The
sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has been found not guilty on count(s) _____,
     and is discharged as to such count(s).

[ ]  Count(s) _____ (is)(are) dismissed on the motion of the United States.

[X]  It is ordered that the defendant shall pay a special assessment of $ __100.00__,
     for count(s) __1 & 2__, which shall be due [X] immediately [ ] as follows.

     **IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for
this district within 30 days of any change of name, residence, or mailing address until all
fines, restitution, cost, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: __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__

Defendant's Date of Birth: __05-17-55__

Defendant's Mailing Address:

__Playita Ward A91, Salinas, P.R.    00751__

Defendant's Residence Address:
__SAME AS ABOVE__

October 20, 1992
Date of Imposition of Sentence

Signature of Judicial Officer

HECTOR M. LAFFITTE, US DISTRICT JUDGE
Name & Title of Judicial Officer

October 20, 1992
Date

AO 245 S (Rev. 4/90) Sheet 1 - Judgment in a Criminal Case

Defendant:JOSE IVAN MONTANEZ-ANAYA                    Judgment-Page __2__ of __4__
AKA JOHN DOE; AKA DIEGO RIVERA; AKA MARIO ARZUAGA
Case Number:92-124-1 (HL)

### IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of __ONE HUNDRED SEVENTY TWO (172) MONTHS AS TO EACH OF COUNTS 1 & 2, SAID TERMS OF IMPRISONMENT ARE TO BE SERVED CONCURRENTLY WITH EACH OTHER.__

Having considered the defendant's financial condition, a fine will not be imposed.


[ ]    The Court makes the following recommendations to the Bureau of Prisons:


[X]    The defendant is remanded to the custody of the United States Marshal.
[ ]    The defendant shall surrender to the United States Marshal for this district,

      [ ]    at _____   a.m.
                    p.m. on _____.

      [ ]    as notified by the Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons

      [ ]    before 2 p.m. on _____.

      [ ]    as notified by the United States Marshal.

      [ ]    as notified by the Probation Office.

### RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____
_____

Defendant delivered on _____ to _____
___ at _____
this Judgment. _____, with a certified copy of

_____
United States Marshal

By _____
        Deputy Marshal
        AO 245 S (3/88) Sheet 2 - Imprisonment

Defendant: JOSE IVAN MONTANEZ-ANAYA
           AKA JOHN DOE AKA DIEGO RIVERA AKA MARIO ARZUAGA
Case Number: 92-124-1

Judgment-Page ___3___ of ___4___

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of FIVE (5) YEARS AS TO EACH COUNT, TO BE SERVED CONCURRENTLY AND UNDER THE FOLLOWING TERMS AND CONDITIONS:

While on supervised release, the defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance. The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). If this judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release. The defendant shall comply with the following additional conditions:

[ ]   The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

[ ]   The defendant shall pay any fines that remain unpaid at the commencement of the term of supervised release.

[X]   The defendant shall not possess a firearm or destructive device.

The defendant shall submit to laboratory testing for substance abuse detection whenever required to do so by the probation officer, and if any such samples detect substance abuse, the defendant shall, at the discretion of the probation officer, participate in a substance abuse treatment program arranged and approved by the probation officer until duly discharged by authorized program personnel with the approval of the probation officer.

The defendant shall participate in a vocational training and/or job placement program recommended by the US Probation Officer.

The defendant shall provide the probation officer access to any financial information upon request.

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this judgment, the defendant shall not commit another federal, state or local crime. In addition:



1)   the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)   the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)   the defendant shall support his or her dependents and meet other family responsibilities;

5)   the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)   the defendant shall notify the probation officer within 72 hours of any change in residence or employment;

7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)   the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10)  the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11)  the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13)  as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Defendant: JOSE IVAN MONTANEZ-ANAYA                    Judgment-Page __4__ of __4__
          AKA: JOHN DOE; AKA DIEGO RIVERA AKA MARIO ARZUAGA
Case Number: 92-124-1 (HL)

### STATEMENT OF REASONS

[ ]  The court adopts the factual findings and guideline application in the
     presentence report.
                                  OR

[X]  The court adopts the factual findings and guideline application in the
     presentence report except (see attachment, if necessary): AS TO THE
     IMPRISONMENT TERM.

**Guideline Range Determined by the Court:**

        Total Offense Level: _____34_____

        Criminal History Category: _____II_____

        Imprisonment Range: _168_____ to ___210_____ months

        Supervised Release Range: of 5 years as to each count.

        Fine Range  $ __17,500_____ to $ _4,000,000,_____

            [X]  Fine is waived because of the defendant's inability to pay.

        Restitution: $ _____

            [ ]  Full restitution is not ordered for the following reason(s):

[ ]  The sentence is within the guideline range, that range does not exceed 24
     months, and the court finds no reason to depart from the sentence called
     for by application of the guidelines.

                                  OR

[ ]  The sentence is within the guideline range, that range exceeds 24 months,
     and the sentence is imposed for the following reason(s):

     Based on the facts available concerning the instant offense, it is apparent
     that the defendant was not the source of the drugs, but that he assumed an
     actively supportive role. The Court notes that an upward departure may be
     considered, since prior sentences were not used in computing the
     defendant's criminal history category, and the instant offense transpired
     while the defendant was pending trial on another jurisdiction.
     Nonetheless, the defendant's apparently limited role and potentially
     adverse personal and social situation make a disposition within the lower
     imprisonment guideline range, viable.

                                  OR
The sentence departs form the guideline range

        [ ]  upon motion of the government, as a result of defendant's
             substantial assistance.

        [ ]  for the following reason(s):

AO 245 S (Rev. 4/90) Sheet 7 - Statement of Reasons

Certified to be a true & exact copy of the document,
ct. an authorized electronic docket entry on file
**FRANCES RIOS DE MORAN, CLERK**
U.S. District Court for the
District of Puerto Rico

By: _Carmen M. Cruz_
                        Deputy Clerk
Date: _September 27, 2004_

PROB. 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

DOCKET NUMBER *(Tran. Court)*

92-00124-001(HL)

RECEIVED & FILED
04 AUG 26 PM 4:06

DOCKET NUMBER *(Rec. Court)*

4:04CR 40017-

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>Hato Rey, PR | DIVISION |
|---|---|---|

Anaya
Montañez-Ayala, José Iván
408 Cambridge Street
Worcester, MA 01610

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

NAME OF SENTENCING JUDGE

Hon. Héctor M. Laffitte

| DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>04-05-2004 | TO<br>04-04-2009 |
|---|---|---|

OFFENSE

21 U.S.C. 846 and 841(a)(1), and 18 U.S.C. 2 - Attempt and conspiracy, Possession with intent to distribute approximately 29 kilograms (gross weight) of cocaine, and Principals, class A felonies.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO.

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court of Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_6/10/04_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

or, on authorized electronic docket entry on the
FRANCES RIOS DE MORAN, CLERK
U.S. District Court for the
District of Puerto Rico

By: _Carmen M. Cruz_
Deputy Clerk

Date: _August 24, 2004_

_July 16, 2004_____
Effective Date

_William G. Young_____
United States District Judge

**AO 266 (Rev. 2/86)**

**CRIMINAL DOCKET · U.S. District Court**

| | | | | |
|---|---|---|---|---|
| PO □ | 0104 | 03 | Assigned 0415 Disp./Sentence | |
| Misc. □ | | | | |
| Felony ☒ | District | Off | Judge/Magistr. | |

U.S. vs. **(LAST, FIRST, MIDDLE)**

☐ WRIT
☐ JUVENILE
☐ ALIAS

OFFENSE ON INDEX CARD

**Montañez-Anaya, José Iván**
a/k/a Diego Rivera a/k/a Mario Arzuaga

Case Filed: Mo. 05 Day 20 Yr. 92

No. of Def's. 04

U.S. MAG CASE NO. ▶ **92-164M**

Docket No. **92-124 (HL)** Def. **01**

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. NG |
|---|---|---|---|
| 21:846 | Conspiracy to PWID cocaine, a Sch II NDCS (Ct 1) | 1 | |
| 18:2; 21:841(a)(1) | A/A: PWID cocaine, a Sch II, NDCS (Ct 2) | 1 | |

SUPERSEDING COUNTS

## II. KEY DATE

**INTERVAL ONE**

KEY DATE
**05-04-92**
EARLIEST OF

☒ arrest
☐ sum'ns
☐ custody
☐ appears on complaint

KEY DATE
**05-20-92**
APPLICABLE

**END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL)**

☒ Indictment
☐ Information
☐ filed/unsealed
☐ consent to Mag. trial on complaint
☐ Felony W/waiver

KEY DATE
a) ☐ 1st appears on pending charge /R40
b) ☐ Receive the R20/21
c) ☐ Supsdg/☐ Indt/☐ Inf
d) ☐ Order New trial
e) ☐ Remand  f) ☐ G/P Withdrawn

**END INTERVAL TWO**

KEY DATE
**07-13-92**
APPLICABLE

☐ Dismissal
☐ Pled
☐ guilty
☐ Nolo
☐ After N.G.
☐ After nolo
☒ Trial (voir dire) began
☐ Jury  ☐ N.J.

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | ☐ PTD ☐ Nolle Pros. | FINAL CHARGES DISMISSED ☐ on S.T. ☐ grounds ☐ W.P. ☐ WOP | on dft motion on gov't motion |
|---|---|---|---|---|---|---|---|---|---|
| 5- .7-92 | 5-27-92 | | | | 07-16-92 | 10-20-92 | | | |

## III. MAGISTRATE

| | DATE | INITIAL/NO. | | | INITIAL/NO. | OUTCOME: |
|---|---|---|---|---|---|---|
| Search Warrant | Issued 05/05/92 | RSM04BB | INITIAL APPEARANCE DATE ▶ 05-05-92 | | | |
| | Return 05/14/92 | JAC04AF | PRELIMINARY EXAMINATION OR Date Scheduled 05-07-92 | RSM/04BB | ☒ HELD FOR GJ OR OTHER PRO-CEEDING IN THIS DISTRICT |
| Summons | Issued | | REMOVAL HEARING Date Held 05/07/92 | RSM04BB | ☐ HELD FOR GJ OR OTHER PRO-CEEDING IN DISTRICT BELOW |
| | Served | | ☐ WAIVED  ☒ NOT WAIVED  Tape Number | | |
| Arrest Warrant Issued | | | ☐ INTERVENING INDICTMENT | | |
| COMPLAINT ▶ | 05-05-92 | RSM/04BB | | | |

Date of Arrest: **05-04-92**

OFFENSE (in Complaint) 21:841(a)(1) & 18:2  Possess with intent to distribute cocaine aiding and abetting

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

Show last names and suffix numbers of other defendants on same indictment/information:
**MONROY (02); DELGADO (03); CARABALLO (04)**

RULE: 20  21  40  In  Out

U.S. Attorney or Asst.
**Hernán Ríos**

Defense: 1 ☒ CJA.  2 ☐ Ret.  3 ☐ Waived.  4 ☐ Self.  5 ☐ Non / Other.  6 ☐ PD.  7 ☐ CD

**Francisco M. Dolz**
PO Box 361451
San Juan, PR  00936-1451
Tel.: 759-8780

72031)

(ISIRS)

**BAIL · RELEASE**

**PRE - INDICTMENT**

Release Date

Bail ☒ Denied

AMOUNT SET  $

Date Set
☐ Bail Not Made
Date Bond Made

☐ Fugitive
☐ Pers. Rec.
☐ PSA
Conditions
☐ 10% Dep.
☐ Surety Bnd
☐ Collateral
☐ 3rd Prty
☐ Other

**POST - INDICTMENT**

Release Date

Bail ☐ Denied

AMOUNT SET  $

Date Set
☐ Bail Not Made
Date Bond Made

☐ Fugitive
☐ Pers. Rec.
☐ PSA
Conditions
☐ 10% Dep.
☐ Surety Bnd
☐ Collateral
☐ 3rd Prty
☐ Other

**APPEALS FEE PAYMENTS**

## FINE AND RESTITUTION PAYMENTS

☒ Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

| DATE DOCUMENT NO. | Yr. Docket No. Def.<br>92-124 (HL) 01 | X MASTER DOCKET - MULTIPLE DEFENDANT CASE   PAGE 1 OF<br>PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | VI EXCLUDABLE DELAY<br>Start Date End Date | Ltr. Code | Total Days | LETTER CODES |

**1992**

(OPTIONAL) Show last names of defendants **V. PROCEEDINGS**

| | | |
|---|---|---|
| May 5 | GOVERNMENT'S mot. u/Title 18:3142 et seq to det. deft. w/o bail pend. deft. hearing. 05-05-92 ORDER (RSM) Granted. s/cs: AUSA, USM, PTS, Attorney of record. /tm | |
| May 5 | ORDER ( RSM) of temp. det. **Detention hrg. set for 05-07-92 at 2:30 P.M.** s/cs: AUSA, USM, PTS, Atty. of record. /tm | |
| May 5 | COMMITMENT issued. /tm | |
| May 6 | CJA VOUCHER #0403007 appointing attorney Francisco M. Dolz to repres. deft. s/cs: AUSA, PTS, FPD, PO. /tm | |
| May 7 | MINUTES(RSM) P/H & D/H called. Test. of María del C. Clavell & DEA S/A Waldo Santiago hrd on behalf of the Govn't Deft. identified in open court. PT report to be provided by Monday. As to P/H, the Court finds probable cause. As to D/H, Atty. Dolz req cont of the hrg. The Court grtd 10 days to file proffer of evidence. s/c: PTSO. /bg | |
| May 12 | RETURN of commitment exec upon deft. on 05/05/92, by USM. /bg | |
| May 12 | MOTION for transcript of P/H & D/H. 5/20/92 ORDER(RSM) Grtd. s/c: Fco. Dolz, AUSA. /bg | |
| May 20 | ORDER(RSM) det. w/o bail. s/c: AUSA, PTSO, Fco. Dolz. /bg | |
| May 20 | 1 | INDICTMENT (2 Counts) /no | |
| May 20 | 2 | ALL DEFTS: MINUTES (JA) Defts have appeared before US Mag. Defts MOnroy & Delgado remain under same conditions of release. Defts Montañez & Caraballo u/c. /no | |
| May 27 | 3 | MONTAÑEZ: MINUTES (JA) Deft. arraigned. PONG entered as to both cts. Deft remains U/C. s/c to pts. | |
| May 27 | 4 | DELGADO: MINUTES (JA) Deft arranjied. PONG entered as to both cts. Deft remains on bond. s/c to pts. | icr |
| May 27 | 5 | CARABALLO: MINUTES (JA) Deft. arraigned. PONG entered as to both cts. Deft remains U/C. s/c to pts. | icr |
| May 27 | 6 | MONROY: MINUTES (JA) Deft. arraigned. PONG entered as to both cts. Deft remains on bond. s/c to pts. | icr |
| June 1 | 7 | DELGADO: MOTION informing court discovery status, by gov't. | icr |
| June 2 | 8 | MONROY: MOTION for discovery and inspection, by deft. | icr |
| June 2 | 9 | MONROY: NOTICE purs to rule 12 FRCP, by deft. | icr |
| June 3 | 10 | ALL DEFTS: MOTION w/proposed jury instructiont, by gov't. | icr |
| June 4 | 11 | ALL DEFTS: MINUTES (Clerk) **PTC is set for June 8, 1992 at 1:45PM and JT is set for July 7, 1992 at 9:00AM.** s/c to pts. | icr |
| " 4 | 12 | ALL DEFTS: MOTION Informing court discovery status, by govt. | mh |
| " 5 | 13 | DELGADO: MOTION for exculpatory material and/or material sufficient to create a reasonable doubt, by deft. | |
| " 5 | 14 | DELGADO: MOTION for law enforcement agents and/or informants to preserve rough notes, by deft. | |
| " 5 | 15 | DELGADO: MOTION for discovery & inspection, by deft. | |
| " 5 | 16 | DELGADO: MOTION for discovery of inf. bearing on the credibility of govt's witnesses, by deft. | |
| " 5 | 17 | DELGADO: MOTION req. Rule 404(b) material & for hrg. on its admissibility, by deft. | |
| " 5 | 18 | DELGADO: MOTION for disclosure of govt's informants & to interview same, by deft. | |
| " 5 | 19 | DELGADO: MOTION for disclosure of all govt's agreements, by deft. | |
| " 5 | 20 | DELGADO: MOTION for the govt. to specify whether it will reply on deft's statement, by deft. | |
| " 5 | 21 | DELGADO: MOTION to designate evidence pursuant to FRCrP 12(d)(2), by deft. | |
| " 5 | 22 | DELGADO: MOTION for production of Jencks material & memo of law in support thereof, by deft. | mh |

**\* SEE NEXT PAGE \***

CONTINUED TO PAGE

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   *U. S. vs*

AO 256A

Montanez-Anaya, Jose et al

Page 2
92-124(HL) 01
Yr. | Docket No. | Def.

| DATE 1992 | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|---|---|---|
| | (Document No.) | (a) | (b) | (c) | (d) |
| June 8 | 23)DELGADO: MOTION informing inspection meeting, by gov't. | icr |
| June 8 | 24)DELGADO: MOTION informing Court discovery status, by gov't. | icr |
| June 9 | 25)MONROIG: PETITION to interview material witness, by deft. 6-9-92 ORDER (HL) The gov't shall reply. s/c to pts. | icr |
| June 9 | 26)MONROY: REQUEST for the return of property seized, by deft. | icr |
| June 9 | 27)ALL DEFTS: MINUTES (HL) Case called for PTC. Court grants counsel until 6-15-92 to file dispositive mots including mot to suppress. Court decides to advance case for JT on 7-6-92. s/c to pts. | icr |
| June 9 | 28)DELGADO: MOTION informing Court discovery status, by gov't. | icr |
| June 9 | 29)GIRALDO: MONIBUS reply to defts pretrial mots, by gov't. | icr |
| June 10 | 30)DELGADO: MOTION Informing Court discovery status and further designation of evidence, by gov't. | icr |
| June 10 | 31)DELGADO: MOTION to substitute first page of omnibus reply dtd 5-9-92, by gov't. | icr |
| June 9 | DELGADO: ORDER (HL) on dkt#22: Granted. The gov't should provide counsel for deft with Jencks material the day before this witness testifies. s/c to pts. | icr |
| June 9 | DELGADO: ORDER (HL) on dkt#21: Granted. s/c to pts. | icr |
| June 9 | DELGADO: ORDER (HL) on dkt#20: Granted. s/c to pts. | icr |
| June 9 | DELGADO: ORDER (HL) on dkt#19: Granted. s/c to pts. | icr |
| June 9 | DELGADO: ORDER (HL) on dkt#18: The gov't shall reply by June 15, 1992. s/c to pts. | icr |
| June 9 | DELGADO: ORDER (HL) on dkt#17: The gov't shall notify counsel of its intention to present at trial 404(b) evidence 12 days before trial, unless good cause is shown to defer this matter. s/c to pts. | icr |
| June 9 | DELGADO: ORDER (HL) on dkt#16: Granted as to (a) & (b). s/c to pts. | icr |
| June 9 | DELGADO: ORDER (HL) on dkt#15: The gov't is to reply by 6-15-92. s/c to pts. | icr |
| June 9 | DELGADO: ORDER (HL) on dkt#13: The gov't shall provide deft with Brady and Agurs material 10 days before trial. s/c to pts. | icr |
| June 9 | DELGADO: ORDER (HL) on dkt#12: Noted. | icr |
| June 9 | MONROY: ORDER (HL) on dkt#9: Noted. | icr |
| June 9 | DELGADO: ORDER (HL) on dkt#7: Noted. | icr |
| June 12 | 32) DELGADO: MOTION informing status of reply to deft's mot for discovery, by govt. | /no |
| June 12 | 33)ALL DEFT: MOTION req. reciprocal discovery, by govt. | /no |
| June 12 | 34) MONROY: CONSOLIDATED response to deft's PT motions, Mot #25 & mot #26, by govt. | /no |
| June 15 | 35) CARABALLO: MOTION to strike alias, by deft. | /no |
| June 15 | 36) CARABALLO: MOTION to suppress, by deft. | /no |
| June 15 | 37) CARABALLO: MOTION for witness list w/brief in support thereof, by deft. | /no |
| June 15 | 38) CARABALLO: MOTION for notice by the govt of the intention to use evidence arguably subject to suppression & citations of authority, by deft. | /no |
| June 15 | 39) CARABALLO: MOTION for govt agents & atty to retain rough notes & writings and brief in support thereof, by deft. | /no |
| June 15 | 40) CARABALLO: MOTION for early prod. of Jencks Act material & brief, by deft. | /no |
| June 15 | 41) CARABALLO: MOTION for disclosure of evidence which may lead to the impeachment of any govt witness, by deft. | /no |

(OVER)

Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

MONTAÑEZ ANAYA, JOSE et al.

AO 256A

| DATE 1992 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| June 15 | 42) CARABALLO: MOTION purs. to R. 12(D)(2), by deft. | /no | | | |
| June 15 | 43) CARABALLU: REQUEST for notice of govt's intention to use R. 404(B) and/or 608 evidence at trial, by deft. | /no | | | |
| June 16 | 44) CARABALLO: ORDER (RSM) setting conditions of release, etc. | /no | | | |
| June 16 | 45) CARABALLO: APPEARANCE BOND in the amt of $75,000; 11,000 in cash and $64,000 secured by real estate. | /no | | | |
| June 16 | 46) CARABALLO: AGREEMENT to forfeit property located at 92 St. Bl. 93 #34, Urb. Villa Carolina, PR | /no | | | |
| June 16 | 47) CARABALLO: AGREEMENT to forfeit property located at Alturas de Interamericana, Trujillo Alto, PR. | /no | | | |
| June 16 | 48) CARABALLO: MOTION req. ext until 6-19-92 to file response to defts' mot to suppress & mot to strike alias, by govt. | /no | | | |
| June 16 | 49) CARABALLO: OMNIBUS REPLY to mots #37 thru 42, by govt. | /no | | | |
| June 16 | 50) DELGADO: MOTION to adopt other codefts' motions, by deft. | /no | | | |
| June 16 | 51) DELGADO: MOTION to suppress, by deft. | /no | | | |
| June 16 | 52) MONROY: MOTION to strike alias, by deft. | /no | | | |
| June 16 | 53) MONROY: MOTION to suppress, by deft. | /no | | | |
| UJune 17 | 54) DELGADO: REPLY to deft's mots #50 & 51, by govt. | /no | | | |
| June 17 | 55) DELGADO: MOTION req. specific discovery, by deft. | /no | | | |
| June 17 | 56) DELGADO: MOTION to strike alias, by deft. | /no | | | |
| June 18 | 57) CARABALLO: REPLY to mot #35, by govt. | /no | | | |
| June 19 | 58) MONROIG: MOTION to compel gvmt to req a public interest parole to interview material witness, by deft. | sl | | | |
| June 19 | 59) MONROIG: REPLY to mot to strike alias, by gvmt. (re:dkt #52 | sl | | | |
| June 19 | 60) DELGADO, CARABALLO & MONROIG: CONSOLIDATED RESPONSE to defts' mot to suppress re: dkt #36, 51 & 53., by gvmt. | sl | | | |
| June 19 | 61) ALL DEFTS: MOTION inf crt discovery status & further desigantion of of evidence, by gvm.t | sl | | | |
| June 23 | 62) DELGADO: REPLY to mot #56, by gvmt. | sl | | | |
| June 23 | 63) DELGADO: MOTION inf crt discovery status & further designation of evidence, by gvmt. | sl | | | |
| June 23 | 64) MONROIG: RESPONSE to mot #58, by gvmt. | sl | | | |
| *June 19 | DELGADO: ORDER(HL) on mot #23: Noted. | sl | | | |
| *June 19 | DELGADO: ORDER(HL) on mot #24: Noted. | sl | | | |
| *June 19 | MONROY: ORDER(HL) on mot #26: Granted, provided it is not being used for evidence at trial. Otherwise it should be denied. s/cs pties on 06-22-92. | sl | | | |
| *June 19 | DELGADO: ORDER(HL) on mot #28: Noted. | sl | | | |
| *June 19 | GIRALDO: ORDER(HL) on mot #29: Noted. | sl | | | |
| *June 19 | DELGADO: ORDER(HL) on mot #30: Noted. | sl | | | |
| *June 19 | DELGADO: ORDER(HL) on mot #31: Granted. s/cs pties on 06-22-92. | sl | | | |
| *June 19 | ALL DEFTS: ORDER(HL) on mot #33: Granted. s/cs pties on 06-22-92. | sl | | | |
| *June 19 | CARABALLO: ORDER(HL) on mot #35: The reference of John Doe should be striken from the indictment. s/cs pties on 06-22-92. | sl | | | |
| *June 19 | CARABALLO: ORDER(HL) on mot #37: Denied. s/cs pties on 06-22-92. | sl | | | |
| *June 19 | CARABALLO: ORDER(HL) on mot #39: Granted. s/cs pties on 06-22-92. | sl | | | |
| *June 19 | CARABALLO: ORDER(HL) on mot #40: Jencks material should be provided the day before the witness in schedule to testify. s/cs to pties on 06-22-92. | sl | | | |
| *June 19 | CARABALLO: ORDER(HL) on mot #41: Giglio material is ordered to be produced to the deft. s/cs pties on 06-22-92. | sl | | | |
| *June 19 | CARABALLO: ORDER(HL) on mot #42: Deft should be given notice of all discoverable material evidence. s/cs pties on 06-22-92. | sl | | | |
| *June 19 | CARABALLO: ORDER(HL) on mot #43: Granted. s/cs pties on 06-24-92. | sl | | | |

*** SEE NEXT PAGE ***

| Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |
|---|---|---|---|

Page -4-

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET  *U. S. vs*

CR 92-124(HL)

MONTAÑEZ ANAYA, Jose , et al

AO 256A *

| | | Yr. | Docket No. | Def. |

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|------|------|-------------------------|:---:|
| | | | (a) | (b) | (c) | (d) |

(Document No.)

| DATE | Doc. | PROCEEDINGS (continued) | (a) | (b) |
|------|------|-------------------------|-----|-----|
| **1992** | | | | |
| *June 19 | | CARABALLO: ORDER(HL) on mot #48: Graned. s/cs to pties on 06-22-92. | sl | |
| *June 19 | | MONROY: ORDER(HL) on mot #52: Reference to JOhn Doe are ordered stricken.  s/cs pties on 06-22-92. | sl | |
| *June 19 | | DELGADO: ORDER(HL) on mot #55: Govmt is to reply by 06-29-92. s/cs pties on 06-22-92. | sl | |
| *June 19 | | DELGADO: ORDER(HL) on mot #56: The reference to John Doe shall be stricken. s/cs pties on 06-22-92. | sl | |
| *June 19 | 61A) | MONROY & DELGADO: ORDER(HL) on mot #51 & 53: Suppressing Hearing set for 06-29-92, at 9:45am. s/cs pties on 06-22-92. | sl | |
| June 24 | 65) | MOTION req copy of report of chemical analysis, by deft. | sl | |
| June 25 | 66) | MONROIG: MOTION req change of setting for mot to suppres, by deft. | sl | |
| June 26 | 67) | CARABALLO ORDER (HL) re: dkt#36: A hrg on this motion is set for 6-29-92 at 9:30 am. Deft to be present. (Parties notified) | /no | |
| June 26 | 68) | DELGADO: ORDER (HL) re: dkt #56: Denied. & re: dkt #62: See above. s/c: to pts. | /no | |
| June 26 | 69) | ALL DEFTS: ORDER (HL) resetting HRG on mot to suppress to 7-6-92 at 2:00 pm and resetting the JT to 7-13-92 at 9:00 am. s/c: to pts. | /no | |
| June 26 | 70) | MONROIG:  INFORMATIVE re: no conflict in setting for motion to suppress, by deft. | /no | |
| June 26 | 71) | MONROIG:  MOTION notifying bail violations, by PTSO. | /no | |
| June 29 | 72) | DELGADO:  SUPPLMENT to mot req. specific discovery, by deft. | /no | |
| June 29 | 73) | DELGADO:  RESPONSE to mot #54, by govt. | /no | |
| June 29 | 74) | MONROIG:  MINUTES( Clerk) setting hrg on deft's mot to compel dkt #58, to 7-6-92 at 2:00 pm. s/c: pts. | /no | |
| June 30 | 75) | DELGADO: MOTION informing court discovery status & further designation of evidence, by govt. | /no | |
| June 30 | 76) | CARABALLO:  MOTION for early production of documents, by deft. | /no | |
| June 30 | 77) | MONTAÑEZ:  MOTION for continuance of trial, by deft. | /no | |
| Jul. 1 | 78) | MONTAÑEZ:  ORDER (HL) re; dkt #77: denied, etc. s/cs: to pts. | /no | |
| Jul. 1 | 79) | CARABALLO:  PETITION for leave to travel, by deft. | /no | |
| Jul. 2 | 80) | MONTAÑEZ:  MOTION req. the presence of the deft during the hrg of the mot to suppress filed by other codefts, by deft. | /no | |
| July 2 | | CARABALLO:  ORDER (HL)  on mot #79: Denied. s/c: to pts. | /no | |
| July 2 | 81) | CARABALLO:  ORDER (HL) re: dkt #76: Grtd. The govt shall expedite this matter to assure that deft is prepared for the suppression hrg. (Parties notified) | /no | |
| July 2 | 82) | DELGADO: INFORMATIVE mot re atty vacation, by atty Luis Rivera. | icr | |
| July 6 | | ALL DEFTS: ORDER (HL) on dkt#75: Noted. | icr | |
| July 6 | | CARABALLO: ORDER (HL) on dkt#76: Moot. s/c to pts. | icr | |
| July 6 | | MONTANEZ: ORDER (HL) on dkt#80: Granted but moot. s/c to pts. | icr | |
| July 6 | 83) | MONROIG: ORDER (HL) re dkt#71: Deft is put on notice that any further violation of the curfew or of any other bail condition shall result in revocation, after hrg of his bail. Deft shall be admonished at this time. s/c to pts. | icr | |
| | | ORDER (HL) re dkt#58: Upon consideration of defts mot., the gov't opposition and arguments of counsel at today's hrg., the mot is DENIED. s/c to pts. | icr | |
| | | * SEE NEXT PAGE * | | |

| Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

MONTANEZ ANAYA, ET AL

Page 5

Cr. 92-124(HL).

AO 256A

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|------|:---:|:---:|:---:|:---:|
| | (Document No.) | (a) | (b) | (c) | (d) |
| 1992 July 6 | 84) ALL DEFTS: MINUTES (HL) Case called for hrg on defts mot to suppress, which Court denies. Codeft Orlando Monroys' mot to compel is also denied. Court orders counsel to meet tomorrow at American Airlines airport for eye inspection at 3:00PM. Court orders counsel that they have until July 10, 1992 at 2:30PM to inspect wrappings. Court grants codefts Monroig and Montanez until Thursday to provide gov't with reciprocal discovery. Court states to counsel that if a mot for COP is filed the same shall be filed before July 13, 1992. s/c to pts. | | icr icr | | |
| July 6 | 85) ALL DEFTS: MOTION to deny defts req for hrg, by gov't. | | icr | | |
| July 10 | 86) MONROY: MOTION for revocation of bail, by gov't. | | icr | | |
| July 13 | 87) ALL DEFTS: JURY LIST. | | | | |
| July 13 | 88) ALL DEFTS: MINUTES(HL) 1st day of JT. Opening statements heard by pties. Testimony on behalf of gvmt heard. Further JT cont tomorrow 07-14-92 at 1:30am. Gvt;s exhs: 17, 20 &21 | | s1 | | |
| July 14 | 89) ALL DEFTS: 2nd day of JT. Further testimony hrd by Govt. Co-deft Monroy Pedrosa moves for a mot/suppress hrg on the issue of voluntariness on testimony given to Mr. Santiago by client, etc. Crt rules that said testimony will not be allowed. Furthe JT cont'd to 7-15-92 at 9:45 a.m. | em | | | |
| July 14 | GOVT'S EXHIBITS 1 thru 10, 23, 26 thru 29, 14, 15 admt. | em | | | |
| July 15 | 90) ALL DEFTS: 3rd day of JT. Co-deft Caraballo Cruz petitions the Crt for a petrozziello ruling. Crt will decide at the end of the Govt's case. Crt also states that John Doe will be deleted from the Indictment before jury deliberation. Further testimony by Govt hrd. Co-deft Monroy req. that a mistrial be declared and same is denied. Judgmt of acquittal under Rule 29 is presented by all defts and same is denied by the Crt. Further JT is cont'd to 7-16-92 at 8:45 a.m. Crt adjourned. | em | | | |
| July 15 | GOVT'S EXHBS 11,13,30 thru 34, 25-A thru 25-AA, 16, 18, 19, 35 & 36 admt. DEFT'S Monroy exh A admitted; Deft Caraballo's exh. B admt. | em em em | | | |
| " 16 | 91) ALL DEFTS: MINUTES (HL) 4th day of JT called. Opening statements on behalf of Jules Delgado hrd. Test on behalf of codeft Monroy hrd. Deft Monroy rests. Test on behalf of deft J. Delgado hrd. Deft Delgado rests. Defts Caraballo & Montañez rest their case. Codeft Delgado's mot for mistrial denied. Closing args hrd. Jury inst. given by the Crt. Jury retires to deliberate. Verdict of guilty as to all defts is reached. Jury is polled & all answer in the affirmative. Govt req. that bail as to codefts Monroy, Delgado & Caraballo be revoked. Req. grntd. PSR req. Sentence is hereby scheduled for Oct 20/92 at 9:15AM. Jt. Exh. I admitted. | mh | | | |
| " 16 | 92) ALL DEFTS: JURY NOTES (2). | | | | |
| " 16 | 93) CARABALLO: VERDICT of guilty as to both cts. | | | | |
| " 16 | 94) DELGADO: VERDICT of guilty as to both cts. | | | | |
| " 16 | 95) MONROY: VERDICT of guilty as to both cts. | | | | |
| " 16 | 96) MONTAÑEZ: VERDICT of guilty as to both cts. | | | | |
| " 16 | MONROY, CARABALLO & DELGADO: COMMITMENT issued to USM. | mh | | | |
| | | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |

PAGE 6 ...

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET      *U. S. vs*      MONTAÑEZ ANAYA, et al.

Cr.92-124 (HL)

AO 256A

| | | Yr. | Docket No. | Def. |

| DATE 1992 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY |
|---|---|---|

| DATE 1992 | PROCEEDINGS (continued) | (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| July 21 | 97) DELGADO: MOTION for jdmt of acquittal, by deft. | /no | | | |
| July 23 | 98) CARABALLO: APPLICATION for alternate form of detn, by deft. | /no | | | |
| July 29 | 99) DELGADO: COMMITMENT retd exec on 7-16-92. | /no | | | |
| July 29 | 100) MONROY: COMMITMENT retd exec on 7-16-92. | /no | | | |
| July 29 | 101) CARABALLO: COMMITMENT retd exec on 8-16-92. | /no | | | |
| July 29 | 102) CARABALLO: RESPONSE to mot #98, by govt. | /no | | | |
| July 30 | 103) DELGADO: RESPONSE to mot #97, by govt. | /no | | | |
| Aug. 4 | 104) DELGADO: MOTION req. permission to w/o bail, by deft. | /no | | | |
| Aug. 21 | DELGADO: ORDER (HL) on mot #104: Granted & so ordered. s/c: to pts. | /no | | | |
| Aug. | 105) DELGADO: ORDER (HL) re: dkt #97 : is    denied. re: dkt #98: A hrg on this motion is set for 9-11-92 at 2 pm. s/c: to pts. | /no | | | |
| Sept 14 | 106) CARABALLO: ORDER(HL) on mot #98: Because deft is not eligible for prob and has been convicted by a jury, and because he is exposed to a confinment of 151-158 months  under USSC and becasue he has failed to complied with  the strict requirement of Sec 3143(2) (A)(1)( or (ii) and B; and because mot for acquital has been denied, deft mot is denied. s/cs pties on 09-11-92. | sl | | | |
| Sept. 25 | 107) MONROY & CARABALLO:  MOTION informing meeting to discuss objections to presentence report, by USA. | /br | | | |
| Oct. 8 | 108)MONTANEZ: PSR w/transmittal memo attached, by USPO. | icr | | | |
| Oct. 8 | 109)MONROY: PSR w/transmittal memo attached, by USPO. | icr | | | |
| Oct. 8 | 110)CARABALLO: PSR w/transmittal memo attached, by USPO. | icr | | | |
| Oct 13 | 111) DELGADO: OBJECTION to PSR, by deft. | sl | | | |
| Oct 19 | 112) DELGADO:  PRESENTENCE REPORT w/transmittalmemo thereof, by USPO. | /no | | | |
| Oct 16 | 111A) MONTAÑEZ:MOTION to reduce base offense level, by deft. | /no | | | |
| Oct 16 | 111B) DELGADO: MOTION obj. PSR, by govt. | /no | | | |
| Oct 19 | 113) CARABALLO: OBJECTION to PSR, by deft. | /no | | | |
| Oct 19 | 114) MONTAÑEZ:  RESPONSE to deft's obj to PSR, by govt. | /no | | | |
| Oct 19 | 115) DELGADO: RESPONSE to deft's obj to PSR, by govt. | /no | | | |
| Oct. 20 | 116) MONROY: OBJECTIONS to PSR & to obj. filed by codeft Delgado & the govt, by deft. | /no | | | |
| Oct. 20 | 117) CARABALLO: MINUTES (HL) Case called for Sentence as to Cts 1 & 2 & same is imposed. | /no | | | |
| Oct. 20 SIRS | 118) CARABALLO: JUDGMENT (HL) IMPR of 151 mos as to ea. Cts 1 & 2 to be served conc. w/ea Other. Upon release of impr, 5 YEARS OF SRT to be served conc. w/ea other. SMA of $100.00. s/cs: to pts. (EOD 10-29-92) | /no | | | |
| Oct. 20 | 119) DELGADO: MINUTES (HL) Case called for Sentence as to Cts 1 & 2 & same is imposed. | /no | | | |
| Oct. 20 SIRS | 120) DELGADO: JUDGMENT (HL) IMPR of 165 mos as to ea of Cts 1 & 2 to be served conc. w/ea other. Upon release of impr, 5 years of SRT, to be served conc. w/ea other. SMA of $100.00. s/cs: to pts. (EOD 10-29-92) | /no | | | |
| Oct. 20 | 121) MONROY: MINUTES (HL) Case called for Setnence as to Cts 1 & 2. & same is imposed. | /no | | | |
| Oct. 20 SIRS | 122) MONROY: JUDGMENT (HL) IMPR of 155 mos as to ea of Cts 1 & 2 to be served conc. w/ea other. Upon release from impr, SRT of 5 years to be served conc. w/ea other. SMA of $100.00. s/cs to pts. (EOD 10-29-92) | /no | | | |
| Oct. 20 | 123) MONTAÑEZ: MINUTES (HL) Case called for Sentence  as to Cts 1 & 2. & same is imposed. | /no | | | |
| Oct. 20 SIRS | 124) MONTAÑEZ: JUDGMENT (HL) IMPR of 172 mos as to ea of Cts 1 & 2 to be served conc. w/ea other. Upon release from impr, 5 years SRT to be served conc. w/ea other. SMA of $100.00. s/cs: to pts. (EOD 10-29-92) | /no | | | |

(OVER)

| Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |

UNITED STATES DISTRICT COURT          MONTAÑEZ ANAYA, et al.                    PAGE 7 ...
CRIMINAL DOCKET                                                                 Cr. 92-124 (HL)

AO 256A

| DATE 1992 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY |||| 
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| Oct. 20 | 125) MONROY: NOTICE OF APPEAL, by deft. Filing & dkt fees pending. S/c: to AUSA; Appeals Clerk. | | /no | | |
| Oct. 20 | 126) CARABALLO: NOTICE OF APPEAL, by deft. Filing & dkt fees pending. s/c: to AUSA; Appeals Clerk. | | /no | | |
| Oct. 21 | 127) MONROY: INFORMATIVE motion re: changes & deletions to PSR, by USPO. | | /no | | |
| Oct. 22 | 128) DELGADO: NOTICE OF APPEEAL, by deft. Fees paid. Receipt #64648 in the amt of $105.00. s/c: AUSA; Appeals Clerk. | | /no | | |
| Oct 29 | 129) MONTAÑEZ: MOTION for leave to appeal in forma pauperis, by deft. | sl | | | |
| Oct 29 | 130) MONTAÑEZ: NOTICE OF APPEAL, by deft. | | sl | | |
| Nov 09 | MONTAÑEZ: RECORD ON APPEAL MAILED TO CCA. | | SL | | |
| Nov. 18 | MONTAÑEZ: ORDER (HL) on mot #129: Granted. s/c: AUSA; Dolz. | | /no | | |
| Nov. 23 | 131) CARABALLO: PETITON for return of passport, by deft. 11-30-92 ORDER (HL) Unless there is an objection by the gov't by 12-20-92, the passport should be returned. s/c to pts. | | /no | | |
| Dec. 3 | 132) DELGADO & MONROIG: MOTION req. that vehicle seized in this case be returned to owner, w/attchs, by Atty. Juanita Trevino. 12-09-92 ORDER(HL) Gvmt shall file resp by 12-22-92. s/cs pties. | icr | sl | | |
| Dec. 9 | 133) MONROY: COPY of CJA voucher #0403070 in the amt of $6,690.00 payable to Atty. J. Laws, certified to AO. | | | | |
| Dec 21 | 134) DELGADO: MOTION in compliance w/crt order, by gvmt. | icl | sl | | |
| Dec. 28 | 135) DELGADO: ORDER (HL) re: dkt #132: Denied on the grounds that deft must pursue relief via the adm. process; re: dkt #134: Granted, see above. s/c: to pts. | | /no | | |
| Dec. 30 | 136) MONROY: MOTION for leave to proceed on appeal in forma pauperis, by deft. 1-5-93 ORDER (HL) Deft is granted leave to proceed on appeal in forma pauperis. s/c to pts. | | /no | | |
| | | icr | | | |
| 1993 | | | | | |
| Feb. 3 | 137) CARABALLO: JUDGMENT retd exec on 1-7-93. | | /no | | |
| Feb. 3 | 138) DELGADO: JUDGMENT retd exec on 1-13-93. | | /no | | |
| Feb. 3 | 139) MONTAÑEZ: JUDGMENT retd exec on 1-4-93. | | /no | | |
| Feb. 8 | 140) SEALED: MOTION to seal w/sealed envelope, by govt. 2-10-93 ORDER (HL) Granted. s/cs: to AUSA. | | /no | | |
| Feb. 16 | 141) CARABALLO: CERTIFIED COPY of order of court entered on 1-14-93 issued as INFORMAL MANDATE from USCCA dismissing the appeal for want of prosecution. s/c: Judge Laffitte, Clerk, USM, USPO, Appeals Clerk. | | /no | | |
| Feb 17 | 142) MONTAÑEZ-ANAYA: CJA VOUCHER NO. 0403007 in the amt of 5,864 of cnsl Francisco Dolz certified on 2-17-93. | | | sl | |
| Feb 22 | 143) MONROY: JUDGMENT ret'd exec on 01-14-93, by ISM. | sl | | | |
| Mar. 2 | 144) MONTAÑEZ, MONROY, DELGADO & CARABALLO: TRANSCRIPT OF SENTENCING HRG held on 10-20-92 before Judge Laffitte. | | /no | | |
| Mar. 2 | 145) MONTAÑEZ, MONROY, DELGADO & CARABALLO: TRANSCRIPT of JT HELD ON 7/12,13,14, 15 & 16, 1992 before Judge Laffitte. | | /no | | |
| Mar. 16 | 146) CARABALLO: MOTION for appointment of cnsl, by govt. 3-19-93 ORDER (HL) The FPD is hereby designated Court appointed cnsl to rep. deft on appeal. s/cs: to pts. | | /no /no | | |
| Mar. 24 | MONTAÑEZ: SUPPLEMENTAL RECORD ON APPEAL MAILED TO CCA. | | /no | | |
| Aug. 12 | 147) DELGADO: A/C of order ent'd on 8-3-93 dismissing the appeal, with each party to bear its own costs. s/cs: Judge Laffitte, Clerk, USM, USPO, Appeals' Clerk. | | /tm | | |

Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*

MONTAÑEZ ANAYA, et al

AO 256A ●

| 92 | 124 HL | |
|----|--------|--|
| Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|-------------------------|------|------|------|------|
| | —(Document No.)— | (a) | (b) | (c) | (d) |
| **1993** | | | | | |
| Aug   20 | 148) CARABALLO: MOTION req return of cash bond, by deft. | np | | | |
| | 9-10-93 ORDER (HL) The Clerk shall return this cash bond to | | | | |
| | Mrs. Andujar in the sum of $11,000.00   s/c AUSA,FPD, Fin Clerk | mh | | | |
| Sep   14 | 149) CARABALLO: VOUCHER #1468 check #00091843 in the amt of $11,000 | np | | | |
| | payable to Brenda Lee Andujar. | | | | |
| "    14 | 150) MONROY: CERTIFIED copy of order of crt ent'd on 8-13-9 issued as | | | | |
| | informal mandate dismissing the appeal s/cs Judge Laffitte, | | | | |
| | Clerk, USM, USPO, Appeals' Clerk. | np | | | |
| Nov   4 | 151) MONTAÑEZ: LETTER/MOTION from deft req status of case, deft pro-se. | np | | | |
| Nov. 9 | 152) MONTAÑEZ: LETTER (HL) in response to dkt. #152 informing that | a1 | 11/12 | | |
| | Notice of Appeal was filed and sent to CCA. s/c atty. | | | | |
| **1994** | | | | | |
| Feb. 22 | 153)MONTANEZ, DELGADO AND CARABALLO: PETITION for remission of SMA, | | | | |
| | by gov't. | 1cr | | | |
| | 3-4-94 ORDER (HL) Granted. s/c AUSA. | 1cr | | | |
| March 7 | 154)CARABALLO: CERTIFIED copy of jdmt entered on 2-10-94 issued as informal | | | | |
| | mandate, by CCA affirming the jdmt of the district court. | | | | |
| | s/c to pts. | 1cr | | | |
| March 7 | 155)MONTANEZ: CERTIFIED copy of jdmt entered on 2-10-94 issued as informal | | | | |
| | mandate by CCA, affirming the jdmt of the district court. | | | | |
| | s/c to pts. | 1cr | | | |
| March 7 | 156)MONTANEZ: MOTION for production and inspection of documents, by deft. | 1cr | | | |
| March 18 | 157)MONTANEZ: STATEMENT in support of req. to proceed in forma | | | | |
| | pauperis, by deft. | 1cr | | | |
| March 21 | 158)MONTANEZ: PRINTED opinion dtd 2-10-94 by CCA, affirming the | | | | |
| | decision of the district court. s/c Judge Laffitte, | | | | |
| | Clerk, Appeals Clerk. | 1cr | | | |
| March 22 | MONTANEZ: ORDER (HL) on dkt#156: Upon receipt from the Court of | | | | |
| | Appeals the Clerk shall mail copies of all pleadings | | | | |
| | relative to this deft and copies of the sentencing | | | | |
| | transcript.    s/c to pts. | 1cr | | | / |
| Apr. 12 | MONTANEZ: ORDER (HL) on dkt#157: Because the petitioner does not state | | | | |
| | the reasons for the petition, the Court cannot rule on it. | | | | |
| | s/c to pts. | 1cr | | | |
| Apr. 29 | 159)MONTANEZ: LETTER/mot req. forma pauperis form, by deft. | 1cr | | | |
| May 10 | VOLS. I,II,VIII & IX received from CCA. VOLS. III,IV,V,VI and VII | | | | |
| | missing. | 1cr | 1cr | | |
| July 1 | 160)MONTANEZ: MOTION to show cause for not producing documents, by deft. | | | | |
| July 14 | 161)MONTANEZ: ORDER (HL) re dkt#160: The Court of Appeals having affirmed | | | | |
| | defts conviction, the Court directs the Clerk to forward | | | | |
| | to deft all pre-trial mots concerning his case, sentencing | | | | |
| | transcript and PSR.    s/c to pts. | 1cr | | 1cr | |
| Oct. 6 | 162)MONTANEZ: MOTION purs 28:2255 by deft. | | | | |
| **1995** | | | | | |
| Dec. 12 | 163)MONTANEZ: JUDGMENT (HL) in Civ.  94-2333(HL) dismissing the H/C | | | | |
| | petition with prejudice. s/c to pts. | 1cr | | | |
| **1996** | | | | | |
| May 28 | 164)DELGADO: MOTION req. immediate deportation, by deft. | 1cr | 1cr | | |
| | 6-3-96 ORDER (HL) the gov't shall respond by 6/20/96. s/c to pts. | | 1cr | | |
| June 7 | 165)DELGADO: RESPONSE to mot req immediate deportation, by gov't. | | 1cr | | |
| June 20 | 166)DELGADO: ORDER (HL) re dkt#164 & 165: DENIED.   s/c to pts. | | | | |

Interval
(per Section II)

Start Date
End Date

Ltr.
Code

Total
Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|------------------------|:---:|:---:|:---:|:---:|
| | (Document No.) | (a) | (b) | (c) | (d) |
| **1997** | | | | | |
| Apr. 22 | 167)   DELGADO:  COPY of motion to vacate sentence under 28:2255 filed in Civil No. 97-1608 (HL), by deft. | x1 | | | |
| April 29 | 168)MONROY-PEDROSA: COPY of mot to vacate sentence purs to 28:2255 filed in Civ. 97-1653(HL)., by deft. | | 5/5 μυ | | icr |
| May 6 | 169)DELGADO: JUDGMENT (HL) in Civ. 97-1608 dismissing case with prejudice.  s/c to pts.  (EOD 5-7-97). | | | | icr |
| May 6 | 170)MONROY-PEDROSA: JUDGMENT (HL) in Civ. 97-1653 dismissing case with prejudice, without costs or attys fees.  s/c to pts. (EOD 5-7-97). | icr | 5/7 file | | |
| Aug. 4 | 171)DELGADO: INFORMATION mot regarding change of address, by deft. | icr | | | |
| **1998** | | | | | |
| Nov. 13 | 172)MONROY-PEDROSA: MOTION for return of all property, by deft. | | icr | | |
| | 11-23-98 ORDER(HL) The gov't shall respond by 12-18-98. a/c to pts. | | icr | | |
| **1999** | | | | | |
| March 12 | 173)MONROY-PEDROSA: MOTION for summary jdmt of return of property, by deft. | | icr | | |

ENTERED IN
I.C.M.S.

| | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |
|---|---|---|---|---|

**AO 256 (Rev. 2/86)**

**CRIMINAL DOCKET - U.S. District Court**

| | | | |
|---|---|---|---|
| PO. ☐  0104 03 | Assigned 0415 | ☐ WRIT ☐ JUVENILE ☐ ALIAS | Case Filed Mo. Day Yr. 05 20 92 |
| Misd. ☐ | Disp./Sentence | U.S. vs. Monroy-Pedrosa, Orlando Enrique a/k/a Orlando Enriquez a/k/a Rosendo Marcano | Docket No. Def. 92-124 (HL) 02 |
| Felony ☒ District ☐ Off Judge/Magistr. | OFFENSE ON INDEX CARD | | No. of Def's 04  U.S. MAG. CASE NO. 92-164M |

**I. CHARGES**

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. |
|---|---|---|---|
| 21:846 | Conspiracy to PWID cocaine, a Sch II NDCS (Ct 1) | 1 | |
| 18:2; 21:841(a)(1) | A/A: PWID cocaine, a Sch II, NDCS (Ct 2) | 1 | |

**II. KEY DATE**

INTERVAL ONE — KEY DATE 05-04-92 EARLIEST OF — ☒ arrest ☐ sum'ns ☐ custody ☐ appears-on complaint

KEY DATE 05-20-92 APPLICABLE

END ONE AND/OR BEGIN TWO: ☒ Indictment filed/unsealed ☐ consent to Mgr. trial on complaint ☐ Information ☐ Felony-W/waiver

KEY DATE — a) 1st appears on pending charge /R40 b) Receive file R20/21 c) Supsdg Indt Inf d) Order New trial e) Remand f) G/P Withdrawn

KEY DATE 07-13-92 APPLICABLE — END INTERVAL TWO: ☐ Dismissal ☐ Pled ☐ guilty After N.G. ☐ Nolo After nolo ☒ Trial (voir dire) began ☐ Jury ☐ N.J.

| 1st appears with or waives counsel 5-7-92 | ARRAIGNMENT 5-27-92 | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE 07-16-92 | SENTENCE DATE 10-20-92 | PTD ☐ Nolle Pros. | FINAL CHARGES DISMISSED ☐ on S.T. ☐ grounds ☐ W.P. ☐ WOP |

**III. MAGISTRATE**

| | DATE | INITIAL/NO. | | | INITIAL/NO. | OUTCOME: |
|---|---|---|---|---|---|---|
| Search Warrant Issued | 05/05/92 | RSM04BB | INITIAL APPEARANCE DATE ▶ 05-05-92 | | RSM/04BB | ☒ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
| Return | 05/14/92 | JAC04AF | PRELIMINARY EXAMINATION OR REMOVAL HEARING Date Scheduled ▶ 05-07-92 Date Held ▶ 05/07/92 | | RSM04BB | ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| Summons Issued / Served | | | ☐ WAIVED ☒ NOT WAIVED | Tape Number | | |
| Arrest Warrant Issued | | | ☐ INTERVENING INDICTMENT | | | |
| COMPLAINT ▶ | 05-05-92 | RSM/04BB | | | | |
| Date of Arrest 05-04-92 | OFFENSE (in Complaint) 21:841(a)(1) & 18:2 Possess with intent to distribute cocaine; aiding and abetting. | | | | | |

Show last names and suffix numbers of other defendants on same indictment/information:
MONTAÑEZ (01); DELGADO (03); CARABALLO (04)

RULE ☐ 20 ☐ 21 ☐ 40 In Out

**IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.**

ATTORNEYS
U.S. Attorney or Asst. **Hernán Ríos**

Defense: 1 ☒ CJA. 2 ☐ Ret. 3 ☐ Waived. 4 ☐ Self. 5 ☐ Non / Other. 6 ☐ PD. 7 ☐ CD

Joseph C. Laws
Capital Center Bldg. I, Suite 402
Ave. Arterial Hostos $3
Hato Rey, PR  00918
Tel.: 759-7572

Defendant's Address
SF-6 Plaza 11 Mansiones del Sur
Cataño, PR  00962
Tel.: 261-6127

(72031)

BAIL ● RELEASE
PRE-INDICTMENT
Release Date 05/20/92
AMOUNT SET $100,000  Date Set 05/11/92
Date Bond Made 05/20/92
☐ 10% Dep. ☒ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other

POST-INDICTMENT

SIRS

**FINE AND RESTITUTION PAYMENTS**

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|

X Docket Entries Begin On Reverse Side

APPEALS FEE PAYMENTS

| DATE DOCUMENT NO. | Yr. | Docket No. | Def. | MASTER DOCKET - MULTIPLE DEFENDANT CASE  PAGE ___ OF ___  PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | VI EXCLUDABLE DELAY | | | LETTER CODES |
|---|---|---|---|---|---|---|---|---|
| | | 92-124 (HL) 02 | | | Start Date/End Date | Ltr. Code | Total Days | |

LETTER CODES
For identifying periods of excludable delay per 18 USC 3161 (h) (Sections in brackets)

| DATE | | V. PROCEEDINGS (OPTIONAL) Show last names of defendants |
|---|---|---|
| **1992** | | |
| 05/05 | | MOTION to det. deft. w/o bail pending D/H under 18:3142, by plff. ORDER(RSM) Gtd. s/c: AUSA, USM, PTS, Atty. /bg |
| 05/05 | | ORDER(RSM) temp. det. pending hrg. pursuant to bail reform act. D/H set 05/07/92, at 2:30 p.m.  s/c: AUSA, USM, PTS, Atty. /bg |
| 05/05 | | COMMITMENT: issued. /bg |
| 05/06 | | CJA VOUCHER #0403070 : ct apptd counsel Joseph C. Laws to rep. deft. s/c: FPD, PTS, PO. /bg |
| 05/07 | | MINUTE(RSM) P/H & D/H called. Test. of María del C. Clavell & DEA S/A Waldo Santiago hrd on behalf of the Govn't. Defts. identified in open court. Pretrial Report shall be provided by Monday. As to P/H, The Court finds probable cause. As to D/H, Atty. Laws proffered that friends & relatives in court are willing to post bail & req that bond be set. The Court took the matter under advisement. s/c: PTSO. /bg |
| 05/11 | | ORDER (RSM) of release. Bond set at $100,000 c/s. Conditions: electornic monitoring device, urinalysis, drug treat-ment, curfew from 9PM to 6AM. s/c: AUSA, USM, PTS, Atty. /bg |
| 05/12 | | RETURN of commitment exec upon deft. on 05/05/92, by USM. /bg |
| 05/20 | | AGREEMENT TO FORFEIT PROPERTY (2). /bg |
| 05/20 | | APPEARANCE BOND /bg |
| 05/20 | | ORDER(RSM) set. cond. of release. s/c: AUSA, USM, PTS, PO, Deft., Original in vault. /bg |
| May 20 | 1 | INDICTMENT (2 Counts) /no |

<u>**FOR FURTHER ENTRIES REFER TO MASTER DOCKET**</u>

CONTINUED TO PAGE ___

AO 256
(Rev. 2/86)

**CRIMINAL DOCKET · U.S. District Court**

| | | | | | | | | (LAST, FIRST, MIDDLE) | | . Case Filed | | | Docket No. | Def. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ☐ WRIT | U.S. VS. | | | DELGADO-VALENCIA, Jules | | Mo. 05 | Day 20 | Yr. 92 | 92-124 (HL) | 03 |
| PO. ☐ | 104 | 3 | Assigned 0415 | ☐ JUVENILE | | • | | a/k/a Julio Valenciano | | | | | | |
| Misd. ☐ | | | Disp./Sentence | ☐ ALIAS | | | | a/k/a Mario Arzuaga | | No. of Def's 04 | | ● U.S. MAG. CASE NO ► 91-164M | | |
| Felony ☐ | District | Off | Judge/Magistr. | OFFENSE ON INDEX CARD | | | | | | | | | | |

**OFFENSES CHARGED**

| | U.S. TITLE/SECTION | | ORIGINAL COUNTS | | | DISM. | |
|---|---|---|---|---|---|---|---|
| | | | | | | | NG |
| 1 | 21:846 | Conspiracy to PWID cocaine, a Sch II NDCS (Ct 1) | 1 | | | | |
| | 18:2; 21:841(a)(1) | A/A: PWID cocaine, a Sch II, NDCS (Ct 2) | 1 | | | | |

**I. CHARGES**

**SUPERSEDING COUNTS**

**II. KEY DATE**

| INTERVAL ONE | END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) | | END INTERVAL TWO |
|---|---|---|---|
| ┌ KEY DATE ┐ ► 05-04-92 ☐ arrest ☐ sum'ns ☐ custody ☐ appears on complaint | Indictment ☐ filed/unsealed ☐ consent to Magr. trial on complaint ☐ Information ☐ Felony W/waiver | ┌ KEY DATE ┐ ► 05-20-92 APPLIC. | a) ☐ 1st appears on pending charge /R40 b) ☐ Receive file H20/21 c) ☐ Supsdg ☐ 1ind ☐ inf d) ☐ Order New trial e) ☐ Remand ☐ JG/P Withdrawn | ┌ KEY DATE ┐ ► 07-13-92 APPLICABLE | ☐ Dismissal ☐ Pled Guilty ☐ Nolo ☐ Trial (voir dire) began ☐ Jury ☐ N.J. | After N.G. After nolo |

| EARLIEST OF | 1st appears w/or & waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | ☐ PTD ☐ Nolle ☐ Pros. | FINAL CHARGES DISMISSED | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5- 7-92 | 5-27-92 | 5-27-92 | | | | 07-16-92 | 10-20-92 | | ☐ on S.T. grounds ☐ W.P. ☐ WOP | on def motion on gov't motion | |

**III. MAGISTRATE**

| | | DATE | INITIAL/NO. | | | INITIAL/NO. | OUTCOME: |
|---|---|---|---|---|---|---|---|
| Search Warrant | Issued | 05/05/92 | RSMO4BB | INITIAL APPEARANCE DATE ► 05/05/92 | | RSMO4BB | ☒ HELD FOR GJ OR OTHER PRO-CEEDING IN THIS DISTRICT |
| | Return | 05/14/92 | JACO4AP | PRELIMINARY EXAMINATION | Date Scheduled ► 05/07/92 | | |
| Summons | Issued | | | OR REMOVAL HEARING | Date Held ► 05/07/92 | RSMO4BB | ☐ HELD FOR GJ OR OTHER PRO-CEEDING IN DISTRICT BELOW |
| | Served | | | ☐ WAIVED ☒ NOT WAIVED | Tape Number | | |
| Arrest Warrant Issued | | | | ☐ INTERVENING INDICTMENT | | | |
| COMPLAINT ► | | 05/05/92 | RSMO4BB | | | | |
| Date of Arrest 05/04/92 | | OFFENSE (In Complaint) 21:841(a)(1); 18:2 - possess with intent to distribute cocaine; aiding and abetting. | | | | | |

Show last names and suffix numbers of other defendants on same indictment/information:
MONTAÑEZ (01); MONROY (02); CARABALLO (04)

| RULE | | | | | | |
|---|---|---|---|---|---|---|
| | 20 | 21 | 40 | In | Out | |
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | |

**ATTORNEYS**

U.S. Attorney or Asst.

Hernán Ríos

Defense: 1 ☐ CJA.   2 ☒ Ret.   3 ☐ Waived.   4 ☐ Self.   5 ☐ Non / Other.   6 ☐ PD.   7 ☐ CD

Luis R. Rivera
Capital Center Bldg. I, Suite 401
Arterial Hostos Ave. #3
Hato Rey, PR  00918
Tel.: 763-1780

**Defendant's Address**
Calle Geminis 1750
Venus Gardens
Río Piedras, PR  00926
Tel.: 755-7041

Jules Delgado-Valencia
IBL # 07866-069
FCI Yazoo
PO Box 5000
Yazoo City, MS  39194-5000

(72031)

**IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.**

**BAIL ● RELEASE**

**PRE-INDICTMENT**

| | |
|---|---|
| Release Date | 05/13/92 |
| Bail Denied | ☐ Fugitive ☐ Pers. Rec. |
| AMOUNT SET $100,000 | ☐ PSA |
| | Conditions |
| Date Set 05/11/92 | ☐ 10% Dep. ☒ Surety Bnd |
| ☐ Bail Not Made | ☐ Collateral |
| Date Bond Made 05/13/92 | ☐ 3rd Prty ☐ Other |

**POST-INDICTMENT**

| | |
|---|---|
| Release Date | |
| Bail Denied | ☐ Fugitive ☐ Pers. Rec. |
| AMOUNT SET $ | ☐ PSA |
| | Conditions |
| Date Set | ☐ 10% Dep. ☐ Surety Bnd |
| ☐ Bail Not Made | ☐ Collateral |
| Date Bond Made | ☐ 3rd Prty ☐ Other |

**FINE AND RESTITUTION PAYMENTS** ☒ Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

**APPEALS FEE PAYMENTS**

| DATE DOCUMENT NO. | Yr. Docket No. Def. 92-124 (HL) 03 | MASTER DOCKET · MULTIPLE DEFENDANT CASE    PAGE___ OF___ PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | VI EXCLUDABLE DELAY | | |
|---|---|---|---|---|---|
| | | | Start Date End Date | Ltr. Code | Total Days |

| | (OPTIONAL) Show last names of defendants    **V. PROCEEDINGS** | | | |
|---|---|---|---|---|
| **1992** | | | | |
| 05/05 | MOTION to det. deft. w/o bail pending D/H under 18:3142, by plff. ORDER(RSM) Gtd. s/c: AUSA, USM, PTS, Atty. | /bg | | |
| 05/05 | ORDER(RSM) temp. det. pending hrg. pursuant to bail reform act. D/H set 05/07/92, at 2:30 p.m.  s/c: AUSA, USM, PTS, Atty. | /bg | | |
| 05/05 | COMMITMENT: issued. | /bg | | |
| 05/05 | APPEARANCE of counsel Luis R. Rivera        retained by deft.  s/c: PTS, PO. | /bg | | |
| 05/07 | MINUTES(RSM) P/H & D/H called. Test. of María del C. Clavell & DEA S/A Waldo Santiago hrd on behalf of the Govn't. Deft. identified in open court. PT report shall be provided by Monday. As to P/H, the court finds probable cause. As to D/H, Atty. Rivera proffered that relatives & friends are willing to post bail. The Court took the matter under advisement. s/c: PTSO. (Exhs. 1 and A-D to remain in file) | /bg | | |
| 05/07 | EXHIBIT AND WITNESS LIST. | /bg | | |
| 05/11 | ORDER(RSM) of release. $100,000 c/s. Additional conditions: electronic monitoring device, urinalysis, drug treatment, curfew from 9PM to 6AM. s/c: pts. | /bg | | |
| 05/12 | RETURN of commitment exec upon deft. on 05/05/92, by USM. | /bg | | |
| 05/13 | AGREEMENT TO FORFEIT PROPERTY. | /bg | | |
| 05/13 | APPEARANCE BOND. | /bg | | |
| 05/13 | ORDER(RSM) set. cond. of release. s/c: AUSA, USM, PTS, PO, Deft., Original in vault. | /bg | | |
| May 20 | 1 INDICTMENT (2 Counts) | /nc | | |

**FOR FURTHER ENTRIES REFER TO MASTER DOCKET**

CONTINUED TO PAGE ___

LETTER CODES

For identifying periods of excludable delay per 18 USC 3161 (h) (Sections in brackets)

A. Exam or hearing for mental/physical incapacity (18 USC 4244) (11) (A))

B. NARA exam (18 USC 2902) (11) (B))
C. State/Fed'l proceedings on other charges (11) (D))
D. Interlocutory appeal (11) (E))
E. Pretrial motion (from filing to hearing or to other prompt disposition) (11) (F))
F. Transfer from other district per FRCP 20,21 or 40 or Misc. Rule 8a (11) (G))

G. Proceeding under advisement, not to exceed 30 days, after all necessary submissions filed and hearings completed (11) (J))
H. Misc. proceedings: arraignment, parole/ probation, removal/dip, Deposition, extradition (11))
I. Deferral of prosecution per 28 USC 2902(1) (11) (C))
J. Transportation from another district or to/from examination or hospitalization in 10 days or less (11) (H))
J. Consideration by Court of proposed plea agreement (11) (I))
I. Prosecution deferred by mutual agreement (23))
M. Unavailability of defendant or essential witness (3) (A),B))
N. Period of mental/physical incompetence of def. to stand trial (4))
O. Period of NARA commitment/treatment (5))
P. Superseding indictment and/or new charges (6))

R. Def. awaiting trial of co-defendant & no severance has been granted (7))
T. Continuance granted per (h)(8) use "T" alone if more than one of the following reasons (T1 thru T4) is given in support of continuance (8)(A,B))
T1 Failure to continue would stop further proceedings or result in miscarriage of justice (8)(B,iv))
T2 Case unusual or complex (8)(B,ii))
T3 Indictment following arrest can't be filed in 30 days (8)(B,iv))
T4 Continuance granted to obtain or obtain new counsel, or give reasonable time to prepare (8)(B,iv))
U. Time up to withdrawal guilty plea, 3161(i))
W. Grand Jury indictment time extended 30 more days, 3161 (b)

**AO 256**
**(Rev. 2/88)**

**CRIMINAL DOCKET · U.S. District Court**

| | | | | | |
|---|---|---|---|---|---|
| PQ ☐ | 104 | 3 | Assigned 0415 | | |
| Misd. ☐ | | | Disp./Sentence | | |
| Felony ☐ | District | Off | Judge/Magistr. | | |

I ☐ WRIT
☐ JUVENILE
☐ ALIAS
OFFENSE ON INDEX CARD

U.S. VS.

(LAST, FIRST, MIDDLE)
CARABALLO-CRUZ, Walter
a/k/a Walter Vasallo

Case Filed
Mo. 05  Day 20  Yr 92
04

Docket No.  Def.
92-124 (HL) 04

No of Def's
Def's U.S MAG
CASE NO ► 92-164M

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. NO. |
|---|---|---|---|
| 21:846 | Conspiracy to PWID cocaine, a Sch II, NDCS (Ct 1) | 1 | |
| 18:2; 21:841(a)(1) | A/A; PWID cocaine, a Sch II, NDCS ( Ct 2) | 1 | |

SUPERSEDING COUNTS

## II. KEY DATE

| INTERVAL ONE | END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) | END INTERVAL TWO |
|---|---|---|
| KEY DATE ► 05-04-92 | ☐ Indictment filed/unsealed / ☐ Information | KEY DATE ► 07-13-92 |
| ☒ arrest ☐ sum'ns ☐ custody ☐ appears on complaint | | ☐ Dismissed ☐ Pled guilty / ☐ Nolo |
| EARLIEST OF | KEY DATE ► 05-20-92 | APPLICABLE |
| | APPLICABLE | |

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | FINAL CHARGES DISMISSED |
|---|---|---|---|---|---|---|---|
| 5-07-92 | 5-27-92 | | | | 07-16-92 | 10-20-92 | ☐ PTD ☐ Nolle Pros. |

## III. MAGISTRATE

| | DATE | INITIAL/NO. | | | INITIAL/NO. | OUTCOME: |
|---|---|---|---|---|---|---|
| Search Warrant Issued | 05/05/92 | RSM04BB | INITIAL APPEARANCE DATE ► 05/05/92 | | | |
| Return | 05/14/92 | JAC04AF | PRELIMINARY EXAMINATION Date Scheduled ► 05/07/92 | | RSM04BB | ☒ HELD FOR GJ OR OTHER PRO-CEEDING IN THIS DISTRICT |
| Summons Issued / Served | | | OR REMOVAL HEARING Date Held ► 05/07/92 | | RSM04BB | ☐ HELD FOR GJ OR OTHER PRO-CEEDING IN DISTRICT BELOW |
| Arrest Warrant Issued | | | ☐ WAIVED ☒ NOT WAIVED | Tape Number | | |
| COMPLAINT ► | 05/05/92 | RSM04BB | ☐ INTERVENING INDICTMENT | | | |
| Date of Arrest 05/04/92 | OFFENSE (In Complaint) ► 21:841(a)(1); 18:2 - possess with intent to distribute cocaine; aiding and abetting. | | | | | |

Show last names and suffix numbers of other defendants on same indictment/information:
MONTAÑEZ (01); MONROY (02); DELGADO (03)

RULE
20  21  40  In  Out
☐ ☐ ☐ · ☐ ☐

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

**ATTORNEYS**
U.S. Attorney or Asst.

Hernán Ríos

Defense: 1 ☐ CJA. 2 ☐ Ret. 3 ☐ Waived. 4 ☐ Self. 5 ☐ Non / Other. 6 ☒ PD. 7 ☐ CD

Federal Public Defender  --w/d--

Everett M. De Jesús
Capital Center Building I
Suite 402
#3 Arterial Hostos,
Hato Rey, PR  00918
Tel.: 759-7440

WALTER CARABALLO
Villa Real Street
Plebicito #118
Embalse, San Jose,
Río Piedras, PR  00917
Tel: 767-6861

72031

### BAIL · RELEASE

**PRE- INDICTMENT**

| | |
|---|---|
| Release Date ☐ Bail ☐ Denied | ☐ Fugitive ☐ Pers. Rec. ☐ PSA |
| AMOUNT SET $75,000 | Conditions ☐ 10% Dep. |
| Date Set 05/20/92 | ☒ Surety Bnd |
| ☐ Bail Not Made | ☐ Collateral |
| Date Bond Made F 5 2 92 | ☐ 3rd Prty ☒ Other CAS |

**POST INDICTMENT**

| | |
|---|---|
| Release Date 6-16-92 ☐ Bail ☐ Denied | ☐ Fugitive ☐ Pers. Rec. ☐ PSA |
| AMOUNT SET $75,000 | Conditions ☐ 10% Dep. |
| Date Set 6-16-92 | ☐ Surety Bnd |
| ☐ Bail Not Made | ☐ Collateral |
| Date Bond Made 6-16-92 | ☐ 3rd Prty |

cash, remaining in real property
APPEALS FEE PAID

## FINE AND RESTITUTION PAYMENTS

☒ Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C.O. NUMBER | DATE | RECEIPT NUMBER | C.O. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

| DATE | Yr | Docket No. | Def. | MASTER DOCKET - MULTIPLE DEFENDANT CASE | PAGE☐of☐ | VI EXCLUDABLE DELAY | | | LETTER CODES |
|---|---|---|---|---|---|---|---|---|---|
| DOCUMENT NO | | 92-124 (HL) 04 | | PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | | Start Date End Date | L.V. Code | Total Days | For identifying periods of excludable delay per 18 USC 3161 (h) (Sections in brackets) |

| 1992 | (OPTIONAL) Show last names of defendants | V. PROCEEDINGS | | | |
|---|---|---|---|---|---|

**1992**

05/05 — MOTION to det. deft. w/o bail pending D/H under 18:3142, by plff. ORDER(RSM) Gtd. s/c: AUSA, USM, PTS, Atty. /bg

05/05 — ORDER(RSM) temp. det. pending hrg. pursuant to bail reform act. D/H set 05/07/92, at 2:30 p.m.  s/c: AUSA, USM, PTS, Atty. /bg

05/05 — COMMITMENT: issued. /bg

05/06 — ORDER(Clerk) FPD to rep. deft. s/c: AUSA, USM, PTS, FPD. /bg

05/07 — MINUTE(RSM) P/H & D/H called. Test. of María del C. Clavell & DEA S/A Waldo Santiago hrd on behalf of the Govn't. Deft. identified in open court. As to P/H, the Court finds probable cause. As to D/H, Atty. req cont. of bail. The Court grtd 10 days to file proffer of evidence. s/c: PTSO. /bg

05/12 — RETURN of commitment exec upon deft. on 05/05/92, by USM. /bg

05/19 — MOTION: BOND STIPULATION. /bg

05/20 — ORDER(RSM) of release. Bond set at $75,000 c/s, other conds. use an electronic bracelet, curfew from 9 PM to 6 AM, urinalysis, drug treatment under the supervision of PTSO. s/c: AUSA, USM, PTSO, E. De Jesús/bg

May 20 — 1 — INDICTMENT (2 Counts) /no

**FOR FURTHER ENTRIES REFER TO MASTER DOCKET**

Certified to be a true & exact copy of the document, or, an authorized electronic docket entry on file
FRANCES RIOS DE MORAN, CLERK
U.S. District Court for the District of Puerto Rico
By: Carmen M. Cruz Deputy Clerk
Date: September 13, 2004