Prob12C
DMA (3/2005)

# United States District Court
## for the District of Massachusetts
### Petition and Affidavit for Summons for Offender Under Supervision

**Name of Offender:** Jose Montanez-Anaya  **Case Number:** 04-40017

**Name of Sentencing Judicial Officer:** The Honorable Hector M. Laffitte, U.S. District Judge (D/PR)

**Date of Original Sentence:** 10/20/92

**Transfer of Jurisdiction to the D/MA:** 08/17/04: F. Dennis Saylor, IV, U.S. District Judge

**Original Offense:** Attempt and Conspiracy, Possession with Intent to Distribute 29 Kilograms of Cocaine

**Original Sentence:** 172 months BOP; 60 months Supervised Release

**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** 4/5/04

**Asst. U.S. Attorney:** Carlos A. Perez, Esq.     **Defense Attorney:** Francisco M. Dolz, Esq.

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #7: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.** |

On 8/17/05, Mr. Montanez-Anaya submitted a positive urinalysis for cocaine. He admitted to snorting cocaine on 8/12/05. This represented Mr. Montanez-Anayas' first positive urinalysis.

On 10/24/05, Mr. Montanez-Anaya submitted a positive urinalysis for cocaine during an unannounced home visit to his residence. He admitted to snorting cocaine with his brother. This represented Mr. Montanez-Anayas' second positive urinalysis.

On 10/31/05, Mr. Montanez-Anaya submitted a positive urinalysis for cocaine. He admitted to snorting cocaine. This represented Mr. Montanez-Anayas' third positive urinalysis.

On 11/3/05, Mr. Montanez-Anaya was referred the U.S. Probation Office to Spectrum for inpatient treatment. Mr. Montanez-Anaya successfully completed treatment on 2/1/06, and returned to his residence.

On 8/9/06, Mr. Montanez-Anaya submitted a positive urinalysis for cocaine. He admitted to snorting cocaine. This represented Mr. Montanez-Anayas' fourth positive urinalysis.

Prob 12C           - 2 -           **Petition and Affidavit for Warrant or Summons**
                                   **for Offender Under Supervision**

On 8/23/06, Mr. Montanez-Anaya submitted a positive urinalysis for cocaine. He admitted to snorting cocaine. This represented Mr. Montanez-Anayas' fifth positive urinalysis.

**U.S. Probation Officer Recommendation:**

In light of the November 2, 2002, legislation which requires mandatory revocation of probation or supervised release when a person tests positive more than three (3) times over the course of one year, the term of supervision should be:

    [X]    Revoked
    [ ]    Extended for year(s), for a total term of years.

[ ]    The conditions of supervision should be modified as follows:

Reviewed/Approved by:

Alicia Howarth
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully Submitted,

By
Michael D. Forman
U.S. Probation Officer
Date: August 17, 2006

**THE COURT ORDERS**
[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

9·6·06
Date