UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**SUMMONS IN A CRIMINAL CASE**

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO.
                                      04-CR-40017-FDS
Jose Montanez-Anaya

_____

YOU ARE HEREBY SUMMONED to appear before the U.S. District Judge F. Dennis Saylor IV at the time, date and place set forth below for a **Hearing on Revocation of Supervised Release**

| PLACE: | ROOM: |
|---|---|
| U.S. DISTRICT COURT | **COURTROOM 2, 5th FLOOR** |
| 595 Main Street | DATE AND TIME: |
| Worcester, MA 01608 | Monday October 1, 2006 at 10:30AM |

_____

**TO THE DEFENDANT:** You should appear with your attorney at the time and place given above.  Failure to appear will result in the issuance of a warrant for your arrest.  If you are unable to afford an attorney and wish the court to appoint one for you, please telephone Deputy Clerk Martin Castles, 508-929-9904 as soon as possible.

You will receive two copies of this notice--one by regular mail and one by certified mail.

                                      F. Dennis Saylor IV
                                      U.S. District Judge

Dated: September 7, 2006              /s/ Martin Castles
                                      Martin Castles
                                      Deputy Clerk
                                      (508) 929-9904


CC: AUSA and Defendant