UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,
       Plaintiff,
v.
                                              CR 04-40017-FDS
JOSE IVAN MONTANEZ-AYALA,
       Defendant,

ORDER OF APPOINTMENT OF COUNSEL

September 27, 2006

HILLMAN, M.J.

    It is hereby ORDERED that William Fick of the Federal Defender for the District of Massachusetts, 408 Atlantic Avenue, 3rd floor, Boston, Massachusetts, (617) 223-8061, is appointed to represent the above-named defendant in all proceedings related to the above-entitled case.

                                              Timothy S. Hillman
                                              MAGISTRATE JUDGE

                                              By the Court:

                                              /s/ Lisa B. Roland
                                              Lisa B. Roland
                                              Deputy Clerk