IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSE MONTANEZ-ANAYA | No. 04-CR-40017-FDS |

### ASSENTED-TO MOTION TO CONTINUE SELF-SURRENDER DATE

Defendant, with the assent of the government, respectfully moves that his self-surrender date currently scheduled for November 10, 2006, be continued to November 30, 2006, and that the Court execute the proposed order appended hereto and serve the same upon the U.S. Marshal. As grounds therefore, undersigned counsel states he is informed by the U.S. Marshal that the Bureau of Prisons has not yet designated a facility to which defendant should surrender.

Respectfully submitted,

JOSE MONTANEZ-ANAYA

 /s/ William W. Fick
William W. Fick, Esq.
BBO# 650562
FEDERAL DEFENDER OFFICE
408 Atlantic Ave., 3d Floor
Boston, MA 02110
617-223-8061
WILLIAM_FICK@FD.ORG

Dated: November 9, 2006

### Certificate of Service

I, William W. Fick, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 9, 2006.