IN  THE  UNITED  STATES  DISTRICT  COURT
FOR  THE  DISTRICT  OF  MASSACHUSETTS

UNITED STATES OF AMERICA

v.

JOSE MONTANEZ-ANAYA

No. 04-CR-40017-FDS

**[PROPOSED] ORDER**

Defendant's self-surrender date is hereby continued to and including November 30, 2006.

Defendant shall self-surrender to the facility designated by the Bureau of Prisons on or before 5:00 p.m.

on that date.

_____
F. Dennis Saylor, IV, U.S.D.J.

Dated: _____