IN  THE  UNITED  STATES  DISTRICT  COURT
FOR  THE  DISTRICT  OF  MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSE  MONTANEZ-ANAYA | No. 04-CR-40017-FDS |

## SECOND ASSENTED-TO  MOTION  TO  CONTINUE  SELF-SURRENDER  DATE

Defendant, with the assent of the government, respectfully requests that his self-surrender date currently scheduled for November 30, 2006 be continued to December 8, 2006.  As grounds therefor, undersigned counsel states he is informed by the U.S. Marshal that the Bureau of Prisons has not yet designated a facility to which defendant should surrender.

Respectfully submitted,

JOSE  MONTANEZ-ANAYA
By his attorney

 /s/ William W. Fick
William W. Fick, Esq.
BBO# 650562
FEDERAL DEFENDER OFFICE
408 Atlantic Ave., 3d Floor
Boston, MA 02110
617-223-8061
WILLIAM_FICK@FD.ORG

Dated: November 28, 2006

## Certificate of Service

I, William W. Fick, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 28, 2006.